```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

OLGA IEFIMOVA and ARTUR KILMOV,

                 Plaintiffs,

    - against -

STUDIO 34 DANCE, INC d/b/a FRED ASTAIRE DANCE STUDIO and TIMOFEY SHALNEV,

                 Defendants.

**23 Civ. 1906 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    A Complaint in the above-captioned matter was filed on March 6, 2023. (Dkt. No. 1.) Defendants and Counter-Plaintiffs Studio 34 Dance, Inc. d/b/a Fred Astaire Dance Studio and Timofey Shalnev (collectively, "Defendants") filed an Answer to the Complaint and Counterclaim on May 24, 2023. (Dkt. No. 10.) Plaintiffs and Counter-Defendants Olga Iefimova and Artur Kilmov (collectively, "Plaintiffs") filed an Answer to the Counterclaim on June 5, 2023. (Dkt. No. 13.)

    The parties are hereby directed to submit a joint letter, within twenty (20) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and

(4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   12 July 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.