UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLGA IEFIMOVA and ARTUR KILMOV,

                Plaintiffs,

    - against -

STUDIO 34 DANCE, INC d/b/a FRED ASTAIRE DANCE STUDIO and TIMOFEY SHALNEV,

                Defendants.

23 Civ. 1906 (VM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/23

**VICTOR MARRERO, United States District Judge.**

    On December 7, 2023, the Court received the Final Report of Mediator (Dkt. No. 18) advising the Court that the court-ordered mediation in the above-captioned case was held and agreement was reached on all issues. Accordingly, the Court hereby orders that this case will automatically close in 60 days, unless a party requests to re-open the matter.

    The Clerk of the Court is hereby respectfully directed to close this case 60 days after entry of this Order, unless a party moves to re-open the matter before 60 days.

**SO ORDERED.**

Dated:    8 December 2023
            New York, New York

                                                      Victor Marrero
                                                          U.S.D.J.